# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 24, 2019

*Before*

**MICHAEL S. KANNE**, *Circuit Judge*
**AMY C. BARRETT**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*

| No. 19-1708 | SHERMAN L. FIELDS, Petitioner<br><br>v.<br><br>T. J. WATSON, Warden, Respondent |
|---|---|
| **Petition for Extraordinary Writ** ||
| District Court No: 2:16-cv-00418-JPH-MJD<br>District Judge James P. Hanlon ||

The following are before the court:

1. **PETITION FOR OTHER EXTRAORDINARY WRIT**, filed on April 15, 2019, by the pro se petitioner.

2. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on April 15, 2019, by the pro se petitioner.

**IT IS ORDERED** that the petition and the motion to proceed in forma pauperis are **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit